IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:18-CR-00174-D

UNITED STATES OF AMERICA

vs.  **ORDER**

HESTER GRIFFIN,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is hereby directed to seal the proposed sealed Unopposed Motion to Continue Arraignment and Extend Time to File Pretrial Motions. Copies of this Order as well as the Motion to Seal and the Unopposed Motion to Continue Arraignment and Extend Time to File Pretrial Motions shall remain sealed and shall be distributed only to counsel of the above named defendant and counsel for the Government.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers, this the **26** day of **March**, 2019.

THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE